IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DONNIE R. KENNEDY                                                                  PLAINTIFF

V.                                                           CIVIL ACTION NO. 1:16-CV-240-SA-DAS

PIONEER CREDIT COMPANY                                                      DEFENDANT

ORDER

For all of the reasons fully explained in a separate Memorandum Opinion issued this same day, the Defendant's Motion for Summary Judgment [39] is DENIED.

The Plaintiff's Motion to Stay Summary Judgment [49], Motion to Supplement [55], and Motion to Appeal the Magistrate Judge's Decision [59] are all DENIED.

The Defendant's Motion to Strike [54] is DENIED.

So ORDERED on this the 29th day of May, 2018.

                                        /s/ Sharion Aycock
                                      UNITED STATES DISTRICT COURT JUDGE