IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DONNIE R. KENNEDY                                                          PLAINTIFF

VS.                          CIVIL ACTION NO. 1:16-CV-240-SA-DAS

PIONEER CREDIT COMPANY                                  DEFENDANT

AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on the motion, *ore tenus*, of the parties for the entry of an order of dismissal of this lawsuit with prejudice. The court, having considered said motion, finds that the parties have reached a compromise and settlement of this cause, so that there remain no issues to be tried or determined by this court. The court being otherwise fully advised in the premises, is of the opinion, and so finds, that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint herein be, and the same is hereby, dismissed with prejudice, with each party to bear its own costs and attorneys' fees; provided, however, that the court retains jurisdiction to enforce the "Confidential Settlement Agreement and General Release" executed by the parties.

SO ORDERED AND ADJUDGED, this the 12th day of July, 2018.

                                                           /s/ Sharion Aycock
                                                           UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

*s/Rachel Pierce Waide*                            *s/Timothy M. Threadgill*
RACHEL PIERCE WAIDE                          TIMOTHY M. THREADGILL
WAIDE & ASSOCIATES, P.A.                        BUTLER SNOW LLP
MS Bar No. 100420                                          MS Bar No. 8886
*Attorney for Plaintiff*                                         *Attorney for Defendant*